FILED

04/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0176

IN RE THE MARRIAGE OF:

VIRGINIA E. UPCHURCH,

      Petitioner and Appellee,

   and

JOHANNES C. UPCHURCH,

      Respondent and Appellant.

**SECOND ORDER
OF MEDIATOR APPOINTMENT**

Quentin Rhoades the mediator previously appointed in this matter, has been replaced. Accordingly, Quentin Rhoades's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Cory R. Gangle** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 10th day of April 2024.

Bowen Greenwood, Clerk of the Supreme Court

c:    William Lower, Megan S. Winderl, Cory R. Gangle